LIGHTHOUSE HOLDINGS
Mark A. Manning
1152 98th Ave
Oakland, CA. 94603

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTHOUSE HOLDINGS<br>MARK A MANNING, Pro se<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION and<br>JOHN DOES (Investors) 1-10,000<br><br>Defendants | Case No.: C 11-01204 EJD<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

**IT IS SO ORDERED**
Judge Edward J. Davila
7/6/2011

Plaintiff respectfully requests to have this case dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). This is due to medical situations, the amount of time needed for this action and new gained information regarding this matter. We understand according to FRCP Rule 41(a)(1) this is dismissed without prejudice.

Respectfully Submitted,

Dated this 5th day of July

By: _____ agent
Mark-A; Manning, Pro se

**IT IS SO ORDERED.**
The Clerk shall close this file.

Dated: July 6, 2011

_____
Edward J. Davila, United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTHOUSE HOLDINGS et al, | Case Number: CV11-01204 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| US BANK NATIONAL ASSOCIATION et al, | |
| Defendant.                                              / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mark A. Manning
1152 98th Avenue
Oakland, CA 94603

Dated: July 6, 2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk